2969.27 Deductions from damages awarded inmate in civil action.
2937.05 Discharge on motion to dismiss, amendment of complaint
2937.04 motion for dismissal
2939.17 new grand jury may be summoned

After the grand jury is discharged, the court of common pleas, when necessary, may order the drawing and impaneling of a new grand jury which shall be summoned and returned as provided by section.
2939.03 of revised code and shall be sworn and proceed in the manner provided by section 2939.06 to ~~2939.29~~ 2939.24 inclusive of the revised code.

The arguments im addressing to the courts based on these charges the grand jury has indicted me on do not fit the element of the crime and i have filed a motion on the complaint of these charges on RC 2937.05 discharge on motion to dismiss; amendment of complaint.

Do to the indictment of the grand jury on 2945.75 Degree of offense, charge and verdict, prior convictions, in 2945.75 (B) whenever in any case it is necessary to prove a prior conviction, a certified copy of the entry of judgement in such prior conviction together with evidence sufficient to identify the defendant named in the entry as the offender in the case at bar. is sufficient to prove such prior conviction. if by any any chance could the usc District courts look into matter.

violation of Due process clause
of the
fifth
amendment
USC
. 241

2969.27 Deductions from damages awarded inmate in civil action.

2937.05 Discharge on motion to dismiss, amendment of complaint

2937.04 motion for dismissal

2939.17 new grand jury may be summoned

After the grand jury is discharged, the court of common pleas, when necessary, may order the drawing and impaneling of a new grand jury which shall be summoned and returned as provided by section 2939.03 of revised code and shall be sworn and proceed in the manner provided by sections 2939.06 to 2939.24 inclusive of the revised code. whenever the ~~goo~~ governor or general assembly directs the attorney general to conduct any investigation or prosecution, the court of common pleas or any judge thereof on written request of the attorney general, shall order a special grand jury, and it proceedings shall be independent of the proceedings shall be independent of the proceedings of the regular grand jury but of the same force and effect.

Due process clause
of the fifth
Amendment,

2945.75 Degree of offense, charge and verdict, prior convictions,

(A) when presence of one or more additional elements makes an offense one of more serious degree;

(1) the affidavit, complaint, indictment, or information either shall state the degree of the offense which the accused is alleged to have committed, or shall allege such additional element or elements otherwise, such affidavit, complaint, indictment or information is effective to charge only the least degree of the offense,

(2) A guilty verdict shall state either the degree of the offense of which the offender is found guilty, or that such additional element of elements are present; otherwise, a guilty verdict constitutes a finding of guilty of the least degree of the offense charged.

(B) Whenever in any case it is necessary to prove a prior conviction, a certified copy of the entry of judgement in such prior conviction together with evidence sufficient to identify the defendant named in the entry as the offender in the case at bar is sufficient to prove such prior conviction,